DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAPHAEL KHORRAN and BARBARA KHORRAN (deceased),

Appellants,

v.

PRO HEALTH, INC., A FLORIDA CORPORATION,

Appellee.

No. 2D22-3555

_____

February 7, 2024

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh Gaylord Moe, Judge.

Alexander Riley, Fort Myers, for Appellant.

Townsend J. Belt of Anthony & Partners, LLC, Tampa, for Appellee.


PER CURIAM.

Affirmed.


VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.